Dr. Dariush Adli  SBN 204959
adli@adlilaw.com
Drew H. Sherman SBN 237045
drew.sherman@adlilaw.com
ADLI LAW GROUP, P.C.
444 South Flower St., Suite 3100
Los Angeles, California 90071
Telephone:  (213) 623-6546
Facsimile:  (213) 623-6554

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAKIM, an individual; SAN JULIAN DISCOUNT MART, INC., a California Corporation, f/b/n MURANO HOME FURNISHING; and Mybecca, Inc., a California Corporation;<br><br>      *Plaintiff*,<br><br>  v.<br><br>MURANO, INC., a California Corporation, a/k/a URBAN MALL; MURANO SHADES, INC.,  a California Corporation; MURANO WORLD IMPORTS, a business of unknown formation; BAHRAM DADBIN,  a/k/a DANNY DADBIN a/k/a DANNY MURANO, an individual; JASON DADBIN, an individual; JOSHUA DADBIN, an individual; and DOES 1 through 20, inclusive,<br><br>      *Defendants*. | Case No. 2:15-cv-5633 JVS-(PLAx)<br><br>The Honorable James V. Selna<br><br>**DECLARATION OF DREW H. SHERMAN IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR AN ORDER ALLOWING PLAINTIFFS' MOTION TO EXCEED 25 PAGES**<br><br><br>Complaint Filed: July 24, 2015 |

1
**DECLARATION OF DREW H. SHERMAN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER ALLOWING MOTION TO EXCEED 25 PAGES**

1659.202

I, Drew H. Sherman, declare:

1. I am an attorney at law, duly licensed to practice law in the State of California. I am senior counsel of Adli Law Group, P.C., attorneys of record for Plaintiff, *Hakim v. Murano Inc.*, Case No. 2:15-cv-5633 MMM-(PLAx). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I make this declaration in support of Plaintiffs' *ex parte* application for an order allowing their motion for reconsideration to exceed 25 pages.

3. I drafted the proposed motion for reconsideration at issue in this ex parte, and in order to properly show this Court Plaintiffs' positions and reasoning, I could not whittle the memorandum down to less than 34 pages.

4. **Attached hereto, and incorporated herein by reference, as Exhibit A** is a true and correct copy of the Plaintiffs' proposed Motion for Reconsideration with the extra pages.

5. **Attached hereto, and incorporated herein by reference, as Exhibit B** is a true and correct copy of my declaration with exhibits to the Plaintiffs' proposed Motion for Reconsideration with the extra pages.

6. On October 22, 2017, I emailed Defendants' counsel and inquired if he would be opposing this *ex parte* motion to request an order to allow Plaintiffs' motion for reconsideration to exceed 25 pages, pursuant to L.R. 7-3.

7. Defendants' counsel stated Defendants would be opposing this *ex parte*.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of October, 2017 in Los Angeles California

By: /s/*Drew Sherman*
Drew H. Sherman

**DECLARATION OF DREW H. SHERMAN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER ALLOWING MOTION TO EXCEED 25 PAGES**

# CERTIFICATE OF SERVICE

I am over eighteen (18) years of age, employed in the County of Los Angeles, and not a party to this action. My business address is 444 South Flower Street, Suite 3100, Los Angeles, California 90071. I hereby certify that on October 23, 2017, I served the following documents:

Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

**DECLARATION OF DREW H. SHERMAN IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER ALLOWING PLAINTIFFS' MOTION TO EXCEED 25 PAGES**

By delivering the document(s) to:

**Jeff Spellerberg**
**The Law Offices of Jeff Spellerberg**
**8200 Wilshire Blvd, Suite 415**
**Beverly Hills, CA 90211**

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed October 23, 2017 at Los Angeles, California.

/s/Drew H. Sherman
Drew H. Sherman

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

1659.202

2
**DECLARATION OF DREW H. SHERMAN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER ALLOWING MOTION TO EXCEED 25 PAGES**