1            UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3                  WESTERN DIVISION

4      THE HON. JUDGE JAMES V. SELNA, JUDGE PRESIDING

5

6  DAVID HAKIM, et al.,              )
                                     )
7                  Plaintiffs,       )
                                     )
8        vs.                         ) NO. 15-CV-05633-JVS
                                     )
9  MURANO, INC., et al.,             )
                                     )
10                 Defendants.       )
   _____)

11

12

13

14         REPORTER'S TRANSCRIPT OF PROCEEDINGS

15              Los Angeles, California

16            Monday, December 12, 2016

17

18

19

20

21

22       LISA M. GONZALEZ, CSR No. 5920, CCRR
              U.S. District Courthouse
23        350 West 1st Street — Suite 4455
              Los Angeles, California 90012
24                  213.894.2979
                 www.lisamariecsr.com

25

1    APPEARANCES:

2

3    FOR THE PLAINTIFFS:   ADLI LAW GROUP
                          BY:   DARIUSHI ADLI, ESQ.
4                         444 South Flower Street
                          Suite 3100
5                         Los Angeles, California   90071
                          (213) 623-6456
6

7    FOR THE DEFENDANTS:  LAW OFFICES OF JEFFERY SPELLERBERG
8                         BY:   JEFFERY SPELLERBERG, ESQ.
                          8200 Wilshire Boulevard
9                         Suite 415
                          Beverly Hills, California   90211
10                        (310) 943-8990

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          *Los Angeles, California; Monday, December 12, 2016;*

2                              *11:03 A.M.*

3                                *-o0o-*

4          THE CLERK:  Item Seven, Civil 15-5633-JVS, *David*

5  *Hakim, et al., versus Murano, Incorporated, et al.*

6          Counsel, please state your appearances for the

7  record.

8          MR. ADLI:  Good morning, Your Honor.  Dariush Adli

9   from the Adli Law Group for the plaintiffs.

10          THE COURT:  Good morning.

11          MR. SPELLERBERG:  Good morning, Your Honor.  Jeff

12  Spellerberg appearing for the defendants.

13          THE COURT:  Good morning.

14          I have the overwhelming sense that this matter is

15  not ready for trial.

16          MR. SPELLERBERG:  Well, I think that's a -- I

17  think you have a good sense about that.

18          I also have just filed a similar motion to the one

19  that you're ruling on today that has to deal with the

20  damages' issue.

21          THE COURT:  Sir, what you filed at 11:54 last

22  night and 12:14 and 12:18 this morning are untimely.

23          MR. SPELLERBERG:  I was given a -- I'm sorry.  I

24  probably didn't attach it -- I was given a notice from the

25  judge or someone from the court that I was about to re-file

1    the -- what had happened was that we had met and conferred

2    on these matters, Your Honor -- excuse me, let me go over

3    here.  I had met and conferred with plaintiffs on the very

4    motions that I filed; and what happened was when I did my

5    declaration, I neglected to put the meet and confer

6    statement in it.

7            THE COURT:  Didn't the Court bring that to your

8    attention?

9            MR. SPELLERBERG:  The Court brought to my

10   attention, said I was free to re-file them with a

11   declaration.

12           THE COURT:  Did you do that in a timely fashion?

13           MR. SPELLERBERG:  Well, I think so.  What I

14   attempted to do was to try to really add probably some more

15   to the motion.  The motion has to do with the damages' issue

16   because I think it's a very important issue.  I think it

17   really needs to be heard in this matter because I'm

18   absolutely certain that their disclosures are certainly

19   inadequate, and there's nothing to be tried in this case on

20   the damages' issue.  And we should probably be having just a

21   bench trial on issues of equity.

22           MR. ADLI:  May I, Your Honor?

23           MR. SPELLERBERG:  So if it is untimely, I do

24   apologize, Your Honor.  I did want to make a good and

25   accurate motion for this case.

1          THE COURT:  Well, sir, this is actually the third

2     set of motions in limine you filed.  I continued the trial

3     because of the family emergency, and I had ordered those

4     original motions off calendar.  We reset a pretrial

5     conference, we reset dates for motions in limine, and

6     plaintiffs refiled on the appropriate date.  We had the meet

7     and confer statement.  You filed two motions, no statement.

8     I ordered them off calendar again.

9          MR. SPELLERBERG:  Yes, Your Honor, but I had -- I

10    had met and conferred with him back in August.  And again

11    when I met and conferred with him this time around, the

12    other -- attorney for the plaintiff said, "You're going to

13    have to wait another seven days before you filed them."  And

14    I didn't know if that was true or not, but I waited another

15    seven days and then got to work more on the motions and let

16    some time slip by.

17         MR. ADLI:  Your Honor, we are ready for trial.  We

18    have been ready for trial --

19         THE COURT:  Did you have your 40-day conference?

20    Did you have your 40-day conference?

21         MR. ADLI:  Counsel was unavailable to meet and

22    confer.

23         THE COURT:  So the answer is:  No, you didn't have

24    your 40-day conference?

25         MR. ADLI:  That is correct.

```
 1            But my point, Your Honor --

 2            THE COURT:  But my point is this matter is not

 3   ready for trial.  There's a lot of stuff that you have to

 4   accomplish at that 40-day conference.

 5            MR. ADLI:  But, Your Honor, here's the point in

 6   this case.  As Your Honor has already pointed out, this is

 7   not the first time.  For some reason, counsel goes radio

 8   silent, completely unavailable.  Completely.  And then shows

 9   up at the last second, which we said maybe their client

10   isn't paying them, maybe they're not interested anymore,

11   maybe they went back to Ohio, whatever happened they're not

12   in this case anymore.  And then the last second literally,

13   they stick their head above the water again, say, "We're

14   here."

15            The procedure should be taken seriously.  They

16   didn't do any discovery other than a single deposition.

17   They made -- I don't want to say excuse -- fine.  We're

18   sympathetic.  They have their mother and family situation,

19   but they wanted to delay the trial for one year as a result

20   of that.  We said:  No, there is no justification.

21            And now they're here again.  Your Honor is of the

22   belief that this case is not ready for trial, whereas there

23   hasn't been any discovery on their side.  Whatever Your

24   Honor prefers, but we're ready.

25            THE COURT:  Well, you can't be ready, sir, if you
```

```
 1   haven't done all the things for the 40-day conference.  You
 2   can't be ready if you haven't identified the documents, the
 3   exhibits at the 40-day conference.
 4            MR. ADLI:  We have identified the documents per
 5   16.2-3 which Your Honor has directed us to do.  We've
 6   identified all those documents.
 7            THE COURT:  You've both done that?
 8            MR. ADLI:  Well, the other side has defaulted in
 9   effect.  There can't be -- there can't be no consequences.
10   If they don't participate, they're done.  We have submitted
11   the memorandum of facts and law.  That's the one that should
12   not be amended, we believe, the pretrial conference order.
13   I don't know what we can do.  I mean, this conduct is just
14   beyond the pale.
15            THE COURT:  Why didn't you participate in the
16   preparation of the pretrial conference order?
17            MR. SPELLERBERG:  Are you speaking to me?
18            THE COURT:  Yes.
19            MR. SPELLERBERG:  Well, I -- I -- in this case, I
20   did participate in it, and these guys went radio silent on
21   me as well.  We -- I was the last one --
22            THE COURT:  Do I have a joint proposed pretrial
23   conference order?
24            MR. SPELLERBERG:  No, we don't.  I have drafted
25   one, Your Honor, from my side of the fence.
```

1          THE COURT:  Sir, that's not what's required.  It's

2    not required -- you don't submit two separate orders to the

3    Court, you submit a joint one.  If you got disputes, it goes

4    in the order, and you flag it.

5          MR. SPELLERBERG:  Okay.  So when it came down to

6    the joint trial conference, the last communication I had

7    with the other side was I contacted them on the 18th of

8    November and said, "Here's what we need" -- there was a list

9    of things that needed to be done.  I didn't hear from them

10   for 12 days.  The only day I heard from them was at 3:45 on

11   the day that the joint conference was due, and then said,

12   "Where's your paperwork?"  The next day they filed it, and

13   that was it.

14          In my opinion, I think there is a communication

15   problem between the attorneys on this case, but I don't

16   think I'm the only one that's responsible for it.

17          I think there's a lot of slipping and sliding and

18   things are being done in a different manner than I think is

19   at all fair.  I think there's -- I mean, I'm being accused

20   of writing emails and stuff when I have not seen or gotten

21   one single email from these people in the last 20 days, or

22   whatever it is that Mr. Sherman says in his declaration is

23   false.  I am not -- he has not tried to contact me once, and

24   yet he's done this -- this is the second time he's done this

25   where he claims that he sent me emails.  I would love to see

1    the e-mails that he sent me.  Claims to have sent me.

2            MR. ADLI:  Your Honor, didn't they say when they

3    filed untimely just a couple of days ago, their pretrial

4    conference order, didn't they say they thought it was filed

5    three weeks ago --

6            THE COURT:  That was the representation.

7            MR. ADLI:  Again, we'll be happy to produce all of

8    the communications.  We will be happy to do that, but they

9    can't get away with this making statements that just aren't

10   true.  They defaulted; they're done.

11           THE COURT:  Where are the witness lists that are

12   required for the pretrial conference 21 days in advance?

13           MR. ADLI:  Your Honor, we have identified all --

14           THE COURT:  No, no, no.  You're suppose to file

15   with the Court, each side, your witness list 21 days in

16   advance for the preparation for the pretrial conference.  I

17   don't have that from either side.

18           MR. SPELLERBERG:  Your Honor, I prepared a witness

19   list and met and conferred with him and had it, and I was

20   offering to give them the actual documents that I would use

21   at trial.  And I was under the misunderstanding that they

22   were supposed to supply me with documents all at the same

23   time.

24           And all I got from them at the pretrial conference

25   was a list of maybe 100 items that didn't have any numbers

1  on it, didn't have any dates on it, didn't have any page

2  numbers, didn't have anything on it.

3       And I'd given them a list that we were going to go

4  over and change -- I'd given at least my exhibit numbers and

5  dates and things like that on it that I was trying to

6  produce.  And I haven't seen that, and I haven't seen the

7  depositions either.  We have deposition transcripts we're

8  supposed to go through, and I haven't heard a word about

9  that.  And I've been going through mine.  I have got mine

10  ready to go, but -- again, that's not ready for probably

11  another time and matter for my side.

12       THE COURT:  I'm going to vacate the trial date and

13  all other dates.  You can file a joint application to re-set

14  the trial date provided you provide a declaration showing

15  compliance with each part of Rule 16 and a joint pretrial

16  conference order.

17       The pretrial conference order that's been

18  submitted just goes on forever.  I can't believe that all of

19  those claims are going to be tried and all of those

20  affirmative defenses are going to be tried.  We'd be here

21  until the cows come home.

22       MR. ADLI:  Your Honor, will there be any

23  consequences for defendants' attorney's conduct?  This is

24  the second time.

25       THE COURT:  Well, sir, there are consequences to

 1   both of you.  You each have got affirmative claims, damage

 2   claims.  Neither of you are going to go to trial until the

 3   case is ready to go to trial.  I'm going to hear the first

 4   two motions in limine.  I'm not going to hear the third one,

 5   which was never submitted.  Just never submitted.  Period.

 6          MR. ADLI:  Your Honor, we also have Motion in

 7   Limine Number 3, which asks for exclusion of all documents

 8   not produced and Your Honor denied that without prejudice

 9   and asked to be more specific, and we have been more

10   specific.  Specifically, we want documents relating to the

11   Anni (phonetic), the Canadian company, excluded.  Those were

12   not produced in discovery.

13          THE COURT:  Well, sir, you should have been more

14   specific in your motion.  I'm not going to rule in the

15   abstract --

16          MR. ADLI:  Your Honor, we filed another one, we

17   filed a new one this morning --

18          THE COURT:  Sir --

19          MR. ADLI:  -- because the other one was denied

20   without prejudice, and you asked us to be more specific,

21   which we are now.  That's what I'm saying following up with

22   the Court's prior order.

23          THE COURT:  Well, that's what we're going to do.

24   If you gentlemen would like to try this case, you're going

25   to sit down, you're going to go through everything that's

```
1    required in Rule 16.  You're going to put in the joint
2    declaration that you've done all those things, and then you
3    can bring out an application to set a trial date.
4              MR. ADLI:  That will be fine, Your Honor.  We'll
5    do whatever you like, but my question is if Your Honor
6    doesn't set like a deadline, like maybe a --
7              THE COURT:  Sir, sir, sir --
8              MR. ADLI:  They're not going to do -- the same
9    thing again.
10             THE COURT:  Well, sir, you've got to work
11   together.  If you're not having cooperation, ask for a
12   conference with the Court.  I do expect you to cooperate and
13   get this done.  If you're having problems, you ask for a
14   status conference.  And I do expect you to cooperate and to
15   make yourselves available.
16             To use your terms, no "radio silence."  I expect
17   you to check your correspondence and your emails so that you
18   can respond to one another in a timely manner.
19             MR. ADLI:  Any kind of extension, Your Honor, of
20   the trial date should not be very long because we've been
21   extending as Your Honor knows.  Short extension is fine, but
22   not -- long extension is not necessary.
23             THE COURT:  Well, sir, I won't know that until I
24   see all of the paperwork that's supposed to come in for the
25   pretrial conference.
```

```
 1          MR. ADLI:  Would Your Honor like an update maybe

 2   in a week, a few days, just --

 3          THE COURT:  Sir, it's up to you to get it done.

 4          MR. ADLI:  We've been trying, we're going to

 5   continue to try beginning when I leave here, but if the

 6   other side is not cooperating, what can we do?  That's what

 7   I'm asking.

 8          THE COURT:  Well, I'm going to order you gentlemen

 9   when we conclude here to go into the conference room and to

10   accomplish as much as you can.

11          MR. SPELLERBERG:  Fine by me, Your Honor.

12          MR. ADLI:  Your Honor indicated that if we were

13   having issues, we could contact the Court and ask for a

14   conference.

15          THE COURT:  Right.

16          MR. ADLI:  Thank you, Your Honor.

17          THE COURT:  Well, let's take up the motions in

18   limine.

19          Have you reviewed the tentative for the motions

20   in limine?

21          MR. SPELLERBERG:  Yes, sir.

22          MR. ADLI:  Yes, Your Honor.

23          THE COURT:  Okay.  Let's get that out.  Okay.

24   Let's take Motion in Limine Number 1 with regard to

25   partnership agreement documents.  Do you want to be heard on
```

1    that?

2              MR. ADLI:  Would counsel like to go first?

3              THE COURT:  It's your motion, do you want to be

4    heard?

5              MR. ADLI:  I'm going to pull up my --

6              Yes, Your Honor.  On this motion, as we have

7    argued, there is no evidence of partnership, there hasn't

8    been any evidence of partnership produced.  There has not

9    been any discovery taken to that effect.  So it can't be

10   that we go to trial there's a surprise witness or surprise

11   document produced as evidence of partnership.

12             THE COURT:  I rule on the documents.  The

13   documents have not been produced.  Given the spoliation

14   claims, I can't tell, as I say in the tentative, whether

15   that set of circumstances would allow some oral testimony as

16   to the existence of documents.  I can't tell at present.

17             MR. ADLI:  Well, I mean, if there's some unusual

18   development that would warrant such a testimony or

19   presentation at trial that would be -- then we could take

20   that with the Court in camera perhaps, but our position is

21   that because we can't be ambushed at trial with evidence

22   that simply has not been presented or produced.

23             THE COURT:  Well, if defense wants to get in any

24   testimony about partnership documents, I'm going to require

25   that an offer of proof be made before we get into that.

```
 1            MR. ADLI:  Yes, Your Honor.

 2            THE COURT:  Do you want to be heard on this

 3  motion?

 4            MR. SPELLERBERG:  Yes, Your Honor.

 5            This case deals with small -- actually a pair of

 6  partners who had a business together, and they've had a

 7  fight.  And there actually was a partnership agreement in

 8  this one.  I did the deposition -- I got to one -- he said I

 9  only did one deposition.  They blocked me from doing -- they

10  actually didn't show up to two of my depositions when I was

11  trying to do them.  But my point is when he did show up at

12  the deposition, he admitted he bought fabric with the other

13  -- with my client --

14            THE COURT:  Sir, why don't you address the motion,

15  please.

16            MR. SPELLERBERG:  Okay.  I believe that we should

17  consider that a partnership may be formed on an oral

18  agreement as well as on a written agreement.  If parties --

19  I think in our case --

20            THE COURT:  But this ruling does not restrict you

21  from offering evidence of an oral partnership.

22            MR. SPELLERBERG:  I understand that.  I mean,

23  right now you're not excluding damages on the partnership,

24  and I'm fine with that -- or evidence on the partnership.

25  I'm sorry.  Did I say "damages?"  Yeah.
```

1          THE COURT:  Okay.  With the additional requirement

2     for an offer of proof, the tentative will be the order of

3     the Court for Motion in Limine Number 2.

4          You want to address Number 2?  Testimony of the

5     30(b)(6) declarants, deponents.

6          MR. ADLI:  Yes, Your Honor.  As we have argued,

7     again, if there's any evidence or anything that's contrary

8     to what the corporate witness represented of the entity

9     testified, that should not be admissible because that could

10    open the door.  We're preparing for trial.  We have to know

11    what the evidence -- what the cards are.

12         So that's the only concern that we have.  That the

13    corporate witness either did not know or did not -- or

14    affirmatively indicated there was no such evidence, and then

15    there will be contrary evidence produced at trial.

16         THE COURT:  Well, sir, I don't think the case law

17    supports you.  You're treating the testimony of the

18    corporate witness as if it were a judicial admission, and

19    it's not.  The case law recognizes that that can be

20    contradicted.

21         Now, there may be other bases to exclude testimony

22    that contradicts the corporate deponent's testimony, but the

23    fact of contradiction itself is not sufficient.

24         MR. ADLI:  Again, just like the previous motion,

25    Your Honor, if there is some reasonable basis, legal basis

1   for them to offer such evidence, that would be fine.  But

2   otherwise if a corporate witness is unprepared or otherwise

3   is deliberately withholding information at their testimony

4   as a witness -- the most knowledgeable witness on that topic

5   for the corporation, and then they show up with something

6   different, that would be contradictory to the purpose of a

7   corporate witness, a 30(b)(6).  That's my point.

8           THE COURT:  Thank you.

9           MR. SPELLERBERG:  I think point in cases like this

10  is when you do a 30(b)(6) witness and you walk away from the

11  topic of the 30(b)(6) motion, he turns into a regular

12  witness, and he can answer how he wants to do.  It's not

13  going to bind the corporation or anything.

14          And in this case, sitting through that deposition

15  was like watching a comedy in the sense because it was a

16  persnickety -- continued questions that were completely

17  irrelevant to the actual 30(b)(6) motion.

18          And so I think I agree with what the -- you said

19  in the motion, and I'll stand on it.

20          MR. ADLI:  Well, Your Honor, all I'm saying is if

21  there is some reasonable basis, that would be fine.  If they

22  can justify it, then Your Honor will accept it.  But it has

23  to go through the filtering process, that's what I was

24  saying.

25          THE COURT:  Well, sir, there are two issues:  One,

1    contradicting the 30(b)(6) deponent; and two, whether the

2    questions are outside the scope of the 30(b)(6) notice.

3              MR. ADLI:  Yes, Your Honor.

4              THE COURT:  And if questions aren't within the

5    scope of the notice, they have no binding force on anybody.

6              MR. ADLI:  That is correct, Your Honor.  We agree

7    with that.  We're not talking about those.

8              THE COURT:  Okay.  Well, I'm going to impose the

9    meet and confer requirement with regard to what questions

10   are within and without the scope of the notice.

11             MR. ADLI:  Yes, Your Honor.

12             THE COURT:  Okay, on the third motion, as I say, I

13   don't have a present sufficient record to rule, which takes

14   us to the last motion for damages.

15             Mr. Spellerberg, do you want to be heard on that?

16             MR. SPELLERBERG:  Yeah.

17             THE COURT:  Well, before I forget it, we didn't

18   receive the chamber's copies of your oppositions.

19             MR. SPELLERBERG:  I brought them with me today.

20   They're here.  I'm very sorry.

21             THE COURT:  Sir, they were due three weeks ago.

22             MR. ADLI:  Exactly.

23             THE COURT:  They were put in the box either first

24   thing this morning or Friday, but they certainly didn't

25   assist me in working up these motions.

19

```
 1              Do you have an explanation?
 2              MR. SPELLERBERG:  No, I don't have an explanation,
 3    in particular, Your Honor, but I certainly will make every
 4    effort to get them to you immediately and on time from this
 5    point forward.
 6              THE COURT:  No, sir.  You won't make an effort,
 7    you will get them here on time.
 8              MR. SPELLERBERG:  Yes, sir.  I apologize.
 9              THE COURT:  Okay.  Do you want to address the
10    final motion?
11              MR. SPELLERBERG:  Yes, sir.
12              THE COURT:  Had you not seen the tentative prior
13    to this morning?
14              MR. SPELLERBERG:  No, I'm just looking at it
15    really quickly here, and I think I'm going to pass on
16    comment.
17              THE COURT:  Okay.
18              MR. SPELLERBERG:  I've actually just drafted a
19    motion that's going to deal with this exact same issue with
20    the plaintiffs' case --
21              THE COURT:  Sir, we're not going to take any new
22    motions.  You basically made that motion previously.
23              MR. SPELLERBERG:  The only argument that I would
24    have made is that -- is that by responding to discovery,
25    we -- we gave them information that fulfilled some of the
```

1   requests for the actual computations that were missing

2   earlier and attempted in that sense while we were in

3   discovery to respond in that manner.

4            THE COURT:  But, sir, bottom line, there's no

5   computation.  There are bits and pieces.  There are

6   categories of damages, but the rule requires a computation.

7   And I agree that could have been provided through an

8   interrogatory response, it could have been provided by a

9   declarant on behalf of the corporation, but no compilation.

10  What's the number, and how do you get there?  And you can't

11  put that -- piece that together from what's in the discovery

12  or in the record.

13           Can you tell me today an exact bottom line number

14  even?

15           MR. SPELLERBERG:  No, Your Honor, I can't.

16           THE COURT:  Well, how is the plaintiff or the

17  counter-defendant supposed to defend against that when here

18  we are nominally three weeks before trial, and you don't

19  even know what the number is?  How is it fair to them to

20  defend?

21           MR. SPELLERBERG:  I absolutely see your point.

22           May I address one question?

23           THE COURT:  Sure.

24           MR. SPELLERBERG:  At the meet and confer, the

25  order was that we were to -- the plaintiffs were to provide

1  exhibits per the rule.  And at the meet and confer, they --

2  I don't have any exhibits at this point in time because I

3  didn't do discovery --

4           MR. ADLI:  This is unrelated.  This is unrelated.

5           MR. SPELLERBERG:  I thought I said I was asking

6  you something unrelated.

7           THE COURT:  We've concluded on this.

8           MR. SPELLERBERG:  Yeah, I'm sorry.

9           So I was wondering if the Court -- if that meant

10 that they were to provide me with actual copies of the

11 exhibits that they we're going to use at trial, or if that

12 just meant that they were going to provide a list.

13          THE COURT:  I think he's supposed to provide the

14 documents.

15          MR. SPELLERBERG:  That's what I thought too,

16 Your Honor.  Thank you.  They weren't provided.

17          MR. ADLI:  Your Honor, Rule 16-2.3 only requires

18 identification of documents, and we have done that

19 completely and very clearly.  They have not propounded any

20 discovery, and as a substitute, they want to get documents

21 which they did not ask for, they're not entitled to.  We

22 have fully complied as Your Honor directed us with Rule 16

23 -- Local Rule 16-2.3 and identified all the exhibits that

24 we're going to use.  There is no production requirement in

25 Rule 16-2.3.

```
 1            THE COURT:  Well, sir, I'm going to order you, as
 2   part of the pretrial conference process, to produce the
 3   documents you're going to use so that we don't have any
 4   doubt about it, both sides.  If you fail to produce them,
 5   well, you're likely not going to be able to use the
 6   documents.
 7            MR. ADLI:  We'll fully comply with Your Honor, but
 8   since Rule 16-2.3 to which Your Honor directed us has only
 9   the identification requirements, we're very clear on that.
10   But whatever Your Honor wants, we'll do that.
11            THE COURT:  Why don't we set up a telephonic
12   status conference.  I expect you gentlemen to meet and
13   confer as we conclude and to get some -- get down to
14   business this week and accomplish what you need to.
15            So we'll hold a telephonic status conference,
16   11:00 a.m., December 19th.
17            MR. ADLI:  Thank you very much, Your Honor.
18            THE COURT:  Contact Ms. Tunis in advance for the
19   particulars of calling in.  Okay?
20            MR. SPELLERBERG:  I think I can -- I think I'm
21   flying back East on the 22nd.  Can I get back to you and let
22   you know?  I'm not --
23            MR. ADLI:  The 19th?
24            MR. SPELLERBERG:  I think I can do it.
25            THE COURT:  A week from today.  Okay, thank you.
```

1      MR. SPELLERBERG:  Thank you, Your Honor.

2          (Thereupon, at 11:31 a.m., proceedings adjourned.)

3

4                          –oOo–

5

6                        *CERTIFICATE*

7

8          *I hereby certify that pursuant to Section 753,*

9   *Title 28, United States Code, the foregoing is a true and*

10  *correct transcript of the stenographically reported*

11  *proceedings held in the above-entitled matter and that the*

12  *transcript format is in conformance with the regulations of*

13  *the Judicial Conference of the United States.*

14

15  *Date:  October 18, 2017*

16

17                              *Lisa M. Gonzalez*
                         */s/_____*
18                       *Lisa M. Gonzalez, U.S. Court Reporter*
                         *CSR No. 5920*
19

20

21

22

23

24

25

MR. ADLI: **[37]**
MR. SPELLERBERG: **[34]**
THE CLERK: **[1]** 3/3
THE COURT: **[58]**

---

**-**

**-oOo [1]** 3/3
**-oOo [1]** 23/4

---

**/**

**/s [1]** 23/17

---

**1**

**100 [1]** 9/25
**11:00 a.m [1]** 22/16
**11:03 [1]** 3/2
**11:31 [1]** 3/2
**11:54 [1]** 3/21
**12 [3]** 1/16 3/1 8/10
**12:14 [1]** 3/22
**12:18 [1]** 3/22
**15-5633-JVS [1]** 3/4
**15-CV-05633-JVS [1]** 1/8
**16 [3]** 10/15 12/1 21/22
**16-2.3 [4]** 21/17 21/23 21/25 22/8
**16.2-3 [1]** 7/5
**18 [1]** 23/15
**18th [1]** 8/7
**19th [2]** 22/16 22/23
**1st [1]** 1/23

---

**2**

**2.3 [4]** 21/17 21/23 21/25 22/8
**20 [1]** 8/21
**2016 [2]** 1/16 3/1
**2017 [1]** 23/15
**21 [2]** 9/12 9/15
**213 [1]** 2/5
**213.894.2979 [1]** 1/24
**22nd [1]** 22/21
**28 [1]** 23/9

---

**3**

**30 [7]** 16/5 17/7 17/10 17/11 17/17 18/1 18/2
**310 [1]** 2/10
**3100 [1]** 2/4
**350 [1]** 1/23
**3:45 [1]** 8/10

---

**4**

**40-day [6]** 5/19 5/20 5/24 6/4 7/1 7/3
**415 [1]** 2/9
**444 [1]** 2/4
**4455 [1]** 1/23

---

**5**

**5920 [2]** 1/22 23/18

---

**6**

**623-6456 [1]** 2/5
**6456 [1]** 2/5

---

**7**

**753 [1]** 23/8

---

**8**

**8200 [1]** 2/8
**8990 [1]** 2/10

---

**9**

**90012 [1]** 1/23
**90071 [1]** 2/5
**90211 [1]** 2/9
**943-8990 [1]** 2/10

---

**A**

**a.m [3]** 3/2 22/16 23/2
**able [1]** 22/5
**about [6]** 3/17 3/25 10/8 14/24 18/7 22/4
**above [2]** 6/13 23/11
**above-entitled [1]** 23/11
**absolutely [2]** 4/18 20/21
**abstract [1]** 11/15
**accept [1]** 17/22
**accomplish [3]** 6/4 13/10 22/14
**accurate [1]** 4/25
**accused [1]** 8/19
**actual [4]** 9/20 17/17 20/1 21/10
**actually [5]** 5/1 15/5 15/7 15/10 19/18
**add [1]** 4/14
**additional [1]** 16/1
**address [4]** 15/14 16/4 19/9 20/22
**adjourned [1]** 23/2
**ADLI [6]** 2/3 2/3 3/8 3/9 7/4 11/19
**admissible [1]** 16/9
**admission [1]** 16/18
**admitted [1]** 15/12
**advance [3]** 9/12 9/16 22/18
**affirmative [2]** 10/20 11/1
**affirmatively [1]** 16/14
**again [9]** 5/8 5/10 6/13 6/21 9/7 10/10 12/9 16/7 16/24
**against [1]** 20/17
**ago [3]** 9/3 9/5 18/21
**agree [3]** 17/18 18/6 20/7
**agreement [4]** 13/25 15/7 15/18 15/18
**al [4]** 1/6 1/9 3/5 3/5
**all [15]** 7/1 7/6 8/19 9/7 9/13 9/22 9/24 10/13 10/18 10/19 11/7 12/2 12/24 17/20 21/23
**allow [1]** 14/15
**already [1]** 6/6
**also [2]** 3/18 11/6
**am [1]** 8/23
**ambushed [1]** 14/21
**amended [1]** 7/12
**Angeles [4]** 1/15 1/23 2/5 3/1
**Anni [1]** 11/11
**another [5]** 5/13 5/14 10/11 11/16 12/18
**answer [2]** 5/23 17/12
**any [15]** 6/16 6/23 9/25 10/1 10/1 10/22 12/19 14/8 14/9 14/23 16/7 19/21 21/2 21/19 22/3
**anybody [1]** 18/5
**anymore [2]** 6/10 6/12
**anything [3]** 10/2 16/7 17/13
**apologize [2]** 4/24 19/8
**appearances [2]** 2/1 3/6
**appearing [1]** 3/12
**application [2]** 10/13 12/3

---

**appropriate [1]** 5/6
**are [19]** 3/22 4/18 5/17 7/17 8/18 9/11 9/11 10/19 10/20 10/25 11/2 11/21 16/11 17/25 18/2 18/10 20/5 20/5 20/18
**aren't [2]** 9/9 18/4
**argued [2]** 14/7 16/6
**argument [1]** 19/23
**around [1]** 5/11
**as [20]** 6/6 6/19 7/21 12/21 13/10 13/13 14/6 14/11 14/14 14/15 15/18 15/18 16/6 16/18 17/4 18/12 21/20 21/22 22/1 22/13
**ask [4]** 12/11 12/13 13/13 21/21
**asked [2]** 11/9 11/20
**asking [2]** 13/7 21/5
**asks [1]** 11/7
**assist [1]** 18/25
**attach [1]** 3/24
**attempted [2]** 4/14 20/2
**attention [2]** 4/8 4/10
**attorney [1]** 5/12
**attorney's [1]** 10/23
**attorneys [1]** 8/15
**August [1]** 5/10
**available [1]** 12/15
**away [2]** 9/9 17/10

---

**B**

**back [4]** 5/10 6/11 22/21 22/21
**bases [1]** 16/21
**basically [1]** 19/22
**basis [3]** 16/25 16/25 17/21
**be [38]**
**because [9]** 4/16 4/17 5/3 11/19 12/20 14/21 16/9 17/15 21/2
**been [14]** 5/18 6/23 10/9 10/17 11/9 11/13 12/20 13/4 14/8 14/9 14/13 14/22 20/7 20/8
**before [4]** 5/13 14/25 18/17 20/18
**beginning [1]** 13/5
**behalf [1]** 20/9
**being [2]** 8/18 8/19
**belief [1]** 6/22
**believe [3]** 7/12 10/18 15/16
**bench [1]** 4/21
**between [1]** 8/15
**Beverly [1]** 2/9
**beyond [1]** 7/14
**bind [1]** 17/13
**binding [1]** 18/5
**bits [1]** 20/5
**blocked [1]** 15/9
**both [3]** 7/7 11/1 22/4
**bottom [2]** 20/4 20/13
**bought [1]** 15/12
**Boulevard [1]** 2/8
**box [1]** 18/23
**bring [2]** 4/7 12/3
**brought [2]** 4/9 18/19
**business [2]** 15/6 22/14

---

**C**

**calendar [2]** 5/4 5/8
**CALIFORNIA [6]** 1/2 1/15 1/23 2/5 2/9 3/1
**calling [1]** 22/19

## C

came [1]  8/5
camera [1]  14/20
can [13]  7/13 10/13 12/3 12/18 13/6
13/10 16/19 17/12 17/22 20/13 22/20
22/21 22/24
can't [12]  6/25 7/2 7/9 7/9 9/9 10/18
14/9 14/14 14/16 14/21 20/10 20/15
Canadian [1]  11/11
cards [1]  16/11
case [15]  4/19 4/25 6/6 6/12 6/22 7/19
8/15 11/3 11/24 15/5 15/19 16/16
16/19 17/14 19/20
cases [1]  17/9
categories [1]  20/6
CCRR [1]  1/22
CENTRAL [1]  1/2
certain [1]  4/18
certainly [3]  4/18 18/24 19/3
CERTIFICATE [1]  23/6
certify [1]  23/8
chamber's [1]  18/18
change [1]  10/4
check [1]  12/17
circumstances [1]  14/15
Civil [1]  3/4
claims [6]  8/25 9/1 10/19 11/1 11/2
14/14
clear [1]  22/9
clearly [1]  21/19
client [2]  6/9 15/13
Code [1]  23/9
come [2]  10/21 12/24
comedy [1]  17/15
comment [1]  19/16
communication [2]  8/6 8/14
communications [1]  9/8
company [1]  11/11
compilation [1]  20/9
completely [4]  6/8 6/8 17/16 21/19
compliance [1]  10/15
complied [1]  21/22
comply [1]  22/7
computation [2]  20/5 20/6
computations [1]  20/1
concern [1]  16/12
conclude [2]  13/9 22/13
concluded [1]  21/7
conduct [2]  7/13 10/23
confer [7]  4/5 5/7 5/22 18/9 20/24 21/1
22/13
conference [27]
conferred [5]  4/1 4/3 5/10 5/11 9/19
conformance [1]  23/12
consequences [3]  7/9 10/23 10/25
consider [1]  15/17
contact [3]  8/23 13/13 22/18
contacted [1]  8/7
continue [1]  13/5
continued [2]  5/2 17/16
contradicted [1]  16/20
contradicting [1]  18/1
contradiction [1]  16/23
contradictory [1]  17/6
contradicts [1]  16/22
contrary [2]  16/7 16/15
cooperate [2]  12/12 12/14

cooperating [1]  13/6
cooperation [1]  12/11
copies [2]  18/18 21/10
corporate [6]  16/8 16/13 16/18 16/22
17/2 17/7
corporation [3]  17/5 17/13 20/9
correct [3]  5/25 18/6 23/10
correspondence [1]  12/17
could [5]  13/13 14/19 16/9 20/7 20/8
counsel [2]  3/6 5/21 6/7 14/2
counter [1]  20/17
counter-defendant [1]  20/17
couple [1]  9/3
court [15]  1/1 3/25 4/7 4/9 8/3 9/15
11/8 12/12 13/13 13/15 14/3 14/20
16/3 21/9 23/18
Court's [1]  11/22
Courthouse [1]  1/22
cows [1]  10/21
CSR [2]  1/22 23/18
CV [1]  1/8

## D

damage [1]  11/1
damages [4]  15/23 15/25 18/14 20/6
damages' [3]  3/20 4/15 4/20
Dariush [1]  3/8
DARIUSHI [1]  2/3
date [6]  5/6 10/12 10/14 12/3 12/20
23/15
dates [4]  5/5 10/1 10/5 10/13
DAVID [1]  1/6 3/4
day [5]  5/19 5/20 5/24 6/4 7/1 7/3 8/10
8/11 8/12
days [8]  5/13 5/15 8/10 8/21 9/3 9/12
9/15 13/2
deadline [1]  12/6
deal [2]  3/19 19/19
deals [1]  15/5
December [3]  1/16 3/1 22/16
December 19th [1]  22/16
declarant [1]  20/9
declarants [1]  16/5
declaration [5]  4/5 4/11 8/22 10/14
12/2
defaulted [2]  7/8 9/10
defend [2]  20/17 20/20
defendant [2]  20/7
defendants [3]  1/10 2/7 3/12
defendants' [1]  10/23
defense [1]  14/23
defenses [1]  10/20
delay [1]  6/19
deliberately [1]  17/3
denied [2]  11/8 11/19
deponent [1]  18/1
deponent's [1]  16/22
deponents [1]  16/5
deposition [6]  6/16 10/7 15/8 15/9
15/12 17/14
depositions [2]  10/7 15/10
development [1]  14/18
did [13]  4/4 4/12 4/14 5/19 5/20 7/20
15/8 15/9 15/11 15/25 16/13 16/13
21/21
didn't [17]  3/24 4/7 5/14 5/23 6/16
7/15 8/9 9/2 9/4 9/25 10/1 10/1 10/2

15/10 18/17 18/24 21/3
different [2]  8/18 17/6
directed [2]  7/5 21/22 22/8
disclosures [1]  4/18
discovery [9]  6/16 6/23 11/12 14/9
19/24 20/3 20/11 21/3 21/20
disputes [1]  8/3
DISTRICT [3]  1/1 1/2 1/22
DIVISION [1]  1/3
do [28]
document [1]  14/11
documents [17]  7/2 7/4 7/6 9/20 9/22
11/7 11/10 13/25 14/12 14/13 14/16
14/24 21/14 21/18 21/20 22/3 22/6
does [1]  15/20
doesn't [1]  12/6
doing [1]  15/9
don't [15]  6/17 7/10 7/13 7/24 8/2 8/15
9/17 15/14 16/16 18/13 19/2 20/18
21/2 22/3 22/11
done [12]  7/1 7/7 7/10 8/9 8/18 8/24
8/24 9/10 10/2 12/13 13/3 21/18
door [1]  16/10
doubt [1]  22/4
down [3]  8/5 11/25 22/13
drafted [1]  7/24 19/18
due [2]  8/11 18/21

## E

e-mails [1]  9/1
each [3]  9/15 10/15 11/1
earlier [1]  20/2
East [1]  22/21
effect [2]  7/9 14/9
effort [2]  19/4 19/6
either [4]  9/17 10/7 16/13 18/23
email [1]  8/21
emails [3]  8/20 8/25 12/17
emergency [1]  5/3
entitled [2]  21/21 23/11
entity [1]  16/8
equity [1]  4/21
ESQ [2]  2/3 2/8
et [4]  1/6 1/9 3/5 3/5
even [2]  20/14 20/19
every [1]  19/3
everything [1]  11/25
evidence [11]  14/7 14/8 14/11 14/21
15/21 15/24 16/7 16/11 16/14 16/15
17/1
exact [2]  19/19 20/13
Exactly [1]  18/22
exclude [1]  16/21
excluded [1]  11/11
excluding [1]  15/23
exclusion [1]  11/7
excuse [2]  4/2 6/17
exhibit [1]  10/4
exhibits [5]  7/3 21/1 21/2 21/11 21/23
existence [1]  14/16
expect [4]  12/12 12/14 12/16 22/12
explanation [2]  19/1 19/2
extending [1]  12/21
extension [3]  12/19 12/21 12/22

## F

fabric [1]  15/12

## F

fact [1] 16/23
facts [1] 7/11
fail [1] 22/4
fair [2] 8/19 20/19
false [1] 8/23
family [2] 5/3 6/18
fashion [1] 4/12
fence [1] 7/25
few [1] 13/2
fight [1] 15/7
file [4] 3/25 4/10 9/14 10/13
filed [11] 3/18 3/21 4/4 5/2 5/7 5/13 8/12 9/3 9/4 11/16 11/17
filed at [1] 3/21
filtering [1] 17/23
final [1] 19/10
fine [7] 6/17 12/4 12/21 13/11 15/24 17/1 17/21
first [4] 6/7 11/3 14/2 18/23
flag [1] 8/4
Flower [1] 2/4
flying [1] 22/1
following [1] 11/21
force [1] 18/5
foregoing [1] 23/9
forever [1] 10/18
forget [1] 18/17
format [1] 23/12
formed [1] 15/17
forward [1] 19/5
free [1] 4/10
Friday [1] 18/24
fulfilled [1] 19/25
fully [2] 21/22 22/7

## G

gave [1] 19/25
gentlemen [3] 11/24 13/8 22/12
get [13] 9/9 12/13 13/3 13/23 14/23 14/25 19/4 19/7 20/10 21/20 22/13 22/13 22/21
give [1] 19/8
given [5] 3/23 3/24 10/3 10/4 14/13
go [11] 4/2 10/3 10/8 10/10 11/2 11/3 11/25 13/9 14/2 14/10 17/23
goes [3] 6/7 8/3 10/18
going [30]
GONZALEZ [3] 1/22 23/17 23/18
good [6] 3/8 3/10 3/11 3/13 3/17 4/24
got [7] 5/15 8/3 9/24 10/9 11/1 12/10 15/8
gotten [1] 8/20
GROUP [2] 2/3 3/9
guys [1] 7/20

## H

had [12] 4/1 4/1 4/3 5/3 5/6 5/9 5/10 8/6 9/19 15/6 15/6 19/12
HAKIM [2] 1/6 3/5
happened [2] 4/1 4/4 6/11
happy [2] 9/7 9/8
has [10] 3/19 4/15 6/6 7/5 7/8 8/23 14/8 14/22 17/22 22/8
hasn't [2] 6/23 14/7
have [46]
haven't [5] 7/1 7/2 10/6 10/6 10/8

having [4] 4/20 12/11 12/13 13/13
he [11] 8/23 8/25 8/25 9/1 15/8 15/17 15/12 15/12 15/12 17/12 17/12
he's [3] 8/24 8/24 21/13
head [1] 6/13
hear [2] 8/9 11/3 11/4
heard [6] 4/17 8/10 10/8 13/25 14/4 15/2 18/15
held [1] 23/11
here [10] 4/3 6/14 6/21 10/20 13/5 13/9 18/20 19/7 19/15 20/17
here's [2] 6/5 8/8
hereby [1] 23/8
Hills [1] 2/9
him [3] 5/10 5/11 9/19
his [1] 8/22
hold [1] 22/15
home [1] 10/21
HON [1] 1/4
Honor [50]
how [4] 17/12 20/10 20/16 20/19

## I

I'd [2] 10/3 10/4
I'll [1] 17/19
I'm [24]
I've [2] 10/9 19/18
identification [2] 21/18 22/9
identified [5] 7/2 7/4 7/6 9/13 21/23
identified all [1] 9/13
immediately [1] 19/4
important [1] 4/16
impose [1] 18/8
in limine [1] 13/20
inadequate [1] 4/19
INC [1] 1/9
Incorporated [1] 3/5
indicated [2] 13/12 16/14
information [2] 17/3 19/25
interested [1] 6/10
interrogatory [1] 20/8
irrelevant [1] 17/17
is [44]
isn't [1] 6/10
issue [5] 3/20 4/15 4/16 4/20 19/19
issues [3] 4/21 13/13 17/25
it [32]
it's [6] 4/16 8/1 13/3 14/3 16/19 17/12
Item [1] 3/4
items [1] 9/25
itself [1] 16/23

## J

JAMES [1] 1/4
Jeff [1] 3/11
JEFFERY [2] 2/7 2/8
joint [7] 7/22 8/3 8/6 8/11 10/13 10/15 12/1
judge [3] 1/4 1/4 3/25
judicial [2] 16/18 23/13
just [12] 3/18 4/20 7/13 9/3 9/9 10/18 11/5 13/2 16/24 19/14 19/18 21/12
justification [1] 6/20
justify [1] 17/22
JVS [2] 1/8 3/4

## K

kind [1] 12/19
know [7] 5/14 7/13 12/23 16/10 16/13 20/19 22/22
knowledgeable [1] 17/4
knows [1] 12/21

## L

last [7] 3/21 6/9 6/12 7/21 8/6 8/21 18/14
law [6] 2/3 2/7 3/9 7/11 16/16 16/19
least [1] 10/4
leave [1] 13/5
legal [1] 16/25
let [3] 4/2 5/15 22/21
let's [3] 13/17 13/23 13/24
like [10] 10/5 11/24 12/5 12/6 12/6 13/1 14/2 16/24 17/9 17/15
likely [1] 22/5
limine [8] 5/2 5/5 11/4 11/7 13/18 13/20 13/24 16/3
line [2] 20/4 20/13
LISA [3] 1/22 23/17 23/18
list [6] 8/8 9/15 9/19 9/25 10/3 21/12
lists [1] 9/11
literally [1] 6/12
Local [1] 21/23
long [2] 12/20 12/22
looking [1] 19/14
Los [4] 1/15 1/23 2/5 3/1
lot [2] 6/3 8/17
love [1] 8/25

## M

made [4] 6/17 14/25 19/22 19/24
mails [1] 9/1
make [4] 4/24 12/15 19/3 19/6
making [1] 9/9
manner [3] 8/18 12/18 20/3
matter [5] 3/14 4/17 6/2 10/11 23/11
matters [1] 4/2
may [4] 4/22 15/17 16/21 20/22
maybe [6] 6/9 6/10 6/11 9/25 12/6 13/1
me [15] 4/2 4/2 7/17 7/21 8/23 8/25 9/1 9/1 9/22 13/1 15/9 18/19 18/25 20/13 21/10
mean [4] 7/13 8/19 14/17 15/22
meant [2] 21/9 21/12
meet [7] 4/5 5/6 5/21 18/9 20/24 21/1 22/12
memorandum [1] 7/11
met [5] 4/1 4/3 5/10 5/11 9/19
mine [2] 10/9 10/9
missing [1] 20/1
misunderstanding [1] 9/21
Monday [2] 1/16 3/1
more [6] 4/14 5/15 11/9 11/9 11/13 11/20
morning [8] 3/8 3/10 3/11 3/13 3/22 11/17 18/24 19/13
most [1] 17/4
mother [1] 6/18
motion [21] 3/18 4/15 4/15 4/25 11/6 11/14 13/24 14/3 14/6 15/3 15/14 16/24 17/11 17/17 17/19 18/12 18/14 19/10 19/19 19/22
motions [11] 4/4 5/2 5/4 5/5 5/7 5/15

**M**

**motions... [5]**  11/4 13/17 13/19 18/25
19/22
**MR [3]**  7/4 11/19 22/24
**Mr. [2]**  8/22 18/15
**Mr. Sherman [1]**  8/22
**Mr. Spellerberg [1]**  18/15
**Ms [1]**  22/18
**much [2]**  13/10 22/17
**MURANO [1]**  1/9 3/5
**my [14]**  4/4 4/9 6/1 6/2 7/25 8/14 10/4
10/11 12/5 14/5 15/10 15/11 15/13
17/7

**N**

**necessary [1]**  12/22
**need [2]**  8/8 22/14
**needed [1]**  8/9
**needs [1]**  4/17
**neglected [1]**  4/5
**Neither [1]**  11/2
**never [2]**  11/5 11/5
**new [2]**  11/17 19/21
**next [1]**  8/12
**night [1]**  3/22
**no [23]**  1/8 1/22 5/7 5/23 6/20 6/20 7/9
7/24 9/14 9/14 9/14 12/16 14/7 16/14
18/5 19/2 19/6 19/14 20/4 20/9 20/15
21/24 23/18
**nominally [1]**  20/18
**not [43]**
**nothing [1]**  4/19
**notice [4]**  3/24 18/2 18/5 18/10
**November [1]**  8/8
**now [4]**  6/21 11/21 15/23 16/21
**number [7]**  11/7 13/24 16/3 16/4 20/10
20/13 20/19
**numbers [3]**  9/25 10/2 10/4

**O**

**o0o [1]**  3/3
**October [1]**  23/15
**off [2]**  5/4 5/8
**offer [3]**  14/25 16/2 17/1
**offering [2]**  9/20 15/21
**OFFICES [1]**  2/7
**Ohio [1]**  6/11
**Okay [11]**  8/5 13/23 13/23 15/16 16/1
18/8 18/12 19/9 19/17 22/19 22/25
**once [1]**  8/23
**one [18]**  3/18 6/19 7/11 7/21 7/25 8/3
8/16 8/21 11/4 11/16 11/17 11/19
12/18 15/8 15/8 15/9 17/25 20/22
**only [7]**  8/10 8/16 15/9 16/12 19/23
21/17 22/8
**oOo [1]**  23/4
**open [1]**  16/10
**opinion [1]**  8/14
**oppositions [1]**  18/18
**oral [3]**  14/15 15/17 15/21
**order [12]**  7/12 7/16 7/23 8/4 9/4 10/16
10/17 11/22 13/8 16/2 20/25 22/1
**ordered [2]**  5/3 5/8
**orders [1]**  8/2
**original [1]**  5/4
**other [9]**  5/12 6/16 7/8 8/7 10/13 11/19
13/6 15/12 16/21

**otherwise [2]**  17/2 17/2
**our [2]**  14/20 15/19
**out [3]**  6/4 12/9 23/23
**outside [1]**  18/2
**over [2]**  4/2 10/4
**overwhelming [1]**  3/14

**P**

**page [1]**  10/1
**pair [1]**  15/5
**pale [1]**  7/14
**paperwork [2]**  8/12 12/24
**part [2]**  10/15 22/2
**participate [3]**  7/10 7/15 7/20
**particular [1]**  19/3
**particulars [1]**  22/19
**parties [1]**  15/18
**partners [1]**  15/6
**partnership [10]**  13/25 14/7 14/8
14/11 14/24 15/7 15/17 15/21 15/23
15/24
**pass [1]**  19/15
**paying [1]**  6/10
**people [1]**  8/21
**per [2]**  7/4 21/1
**perhaps [1]**  14/20
**Period [1]**  11/3
**persnickety [1]**  17/16
**phonetic [1]**  11/11
**piece [1]**  20/11
**pieces [1]**  20/5
**plaintiff [2]**  5/12 20/16
**plaintiffs [6]**  1/7 2/3 3/9 4/3 5/6 20/25
**plaintiffs' [1]**  19/20
**please [2]**  3/6 15/15
**point [9]**  6/1 6/2 6/5 15/11 17/7 17/9
19/5 20/21 21/2
**pointed [1]**  6/6
**position [1]**  14/20
**prefers [1]**  6/24
**prejudice [2]**  11/8 11/20
**preparation [2]**  7/16 9/16
**prepared [1]**  9/18
**preparing [1]**  16/10
**present [2]**  14/16 18/13
**presentation [1]**  14/19
**presented [1]**  14/22
**PRESIDING [1]**  1/4
**pretrial [12]**  5/4 7/12 7/16 7/22 9/3
9/12 9/16 9/24 10/15 10/17 12/25 22/2
**previous [1]**  16/24
**previously [1]**  19/22
**prior [2]**  11/22 19/12
**probably [4]**  3/24 4/14 4/20 10/10
**problem [1]**  8/15
**problems [1]**  12/13
**procedure [1]**  6/15
**proceedings [3]**  1/14 23/2 23/1
**process [2]**  17/23 22/2
**produce [4]**  9/7 10/6 22/2 22/4
**produced [7]**  11/8 11/12 14/8 14/11
14/13 14/22 16/15
**production [1]**  21/24
**proof [2]**  14/25 16/2
**proposed [1]**  7/22
**propounded [1]**  21/19
**provide [5]**  10/14 20/25 21/10 21/12

23/13
**provided [4]**  10/14 20/7 20/8 21/16
**pull [1]**  14/5
**purpose [1]**  17/6
**pursuant [1]**  23/8
**put [4]**  4/5 12/1 18/23 20/11

**Q**

**question [2]**  12/5 20/22
**questions [4]**  17/16 18/2 18/4 18/9
**quickly [1]**  19/15

**R**

**radio [3]**  6/7 7/20 12/16
**re [3]**  3/25 4/10 10/13
**re-file [2]**  3/25 4/10
**re-set [1]**  10/13
**ready [11]**  3/15 5/17 5/18 6/3 6/22
6/24 6/25 7/2 10/10 10/10 11/3
**really [3]**  4/14 4/17 19/15
**reason [1]**  6/7
**reasonable [2]**  16/25 17/21
**receive [1]**  18/18
**recognizes [1]**  16/19
**record [3]**  3/7 18/13 20/12
**refiled [1]**  5/6
**regard [2]**  13/24 18/9
**regular [1]**  17/11
**regulations [1]**  23/12
**relating [1]**  11/10
**reported [1]**  23/10
**Reporter [1]**  23/18
**REPORTER'S [1]**  1/14
**representation [1]**  9/6
**represented [1]**  16/8
**requests [1]**  20/1
**require [1]**  14/24
**required [4]**  8/1 8/2 9/12 12/1
**requirement [3]**  16/1 18/9 21/24
**requirements [1]**  22/9
**requires [2]**  20/6 21/17
**reset [2]**  5/4 5/5
**respond [2]**  12/18 20/3
**responding [1]**  19/24
**response [1]**  20/8
**responsible [1]**  8/16
**restrict [1]**  15/20
**result [1]**  6/19
**reviewed [1]**  13/19
**right [2]**  13/15 15/23
**room [1]**  13/9
**rule [12]**  10/15 11/14 12/1 14/12 18/13
20/6 21/1 21/17 21/22 21/23 21/25
22/8
**ruling [2]**  3/19 15/20

**S**

**said [9]**  4/10 5/12 6/9 6/20 8/8 8/11
15/8 17/18 21/5
**same [3]**  9/22 12/8 19/19
**say [7]**  6/13 6/17 9/2 9/4 14/14 15/25
18/12
**saying [3]**  11/21 17/20 17/24
**says [1]**  8/22
**scope [3]**  18/2 18/5 18/10
**second [4]**  6/9 6/12 8/24 10/24
**Section [1]**  23/8

**S**

see [3]  8/25 12/24 20/21
seen [4]  8/20 10/6 10/6 19/12
SELNA [1]  1/4
sense [3]  3/14 3/17 17/15 20/2
sent [3]  8/25 9/1 9/1
separate [1]  8/2
seriously [1]  6/15
set [6]  5/2 10/13 12/3 12/6 14/15 22/11
seven [3]  3/4 5/13 5/15
Sherman [1]  9/17
Short [1]  12/21
should [7]  4/20 6/15 7/11 11/13 12/20 15/16 16/9
show [3]  15/10 15/11 17/5
showing [1]  10/14
shows [1]  6/8
side [8]  6/23 7/8 7/25 8/7 9/15 9/17 10/11 13/6
sides [1]  22/4
silence [1]  12/16
silent [2]  6/8 7/20
similar [1]  3/18
simply [1]  14/22
since [1]  22/8
single [2]  6/16 8/21
sir [24]
sit [1]  11/25
sitting [1]  17/14
situation [1]  6/18
sliding [1]  8/17
slip [1]  5/16
slipping [1]  8/17
small [1]  15/5
so [11]  4/13 4/23 5/23 8/5 12/17 14/9 16/12 17/18 21/9 22/3 22/15
some [9]  4/14 5/16 6/7 14/15 14/17 16/25 17/21 19/25 22/13
someone [1]  3/25
something [2]  17/5 21/6
sorry [4]  3/23 15/25 18/20 21/8
South [1]  2/4
speaking [1]  7/17
specific [4]  11/9 11/10 11/14 11/20
Specifically [1]  11/10
SPELLERBERG [5]  2/7 2/8 3/12 18/15 22/24
spoliation [1]  14/13
stand [1]  17/19
state [1]  3/6
statement [3]  4/6 5/7 5/7
statements [1]  9/9
STATES [3]  1/1 23/9 23/13
status [3]  12/14 22/12 22/15
stenographically [1]  23/10
stick [1]  6/13
Street [2]  1/23 2/4
stuff [2]  6/3 8/20
submit [2]  8/2 8/3
submitted [4]  7/10 10/18 11/5 11/5
substitute [1]  21/20
such [3]  14/18 16/14 17/1
sufficient [2]  16/23 18/13
Suite [3]  1/23 2/4 2/9
supply [1]  9/22
supports [1]  16/17
suppose [1]  9/14

supposed [5]  9/22 10/8 12/24 20/17 20/13
Sure [1]  20/23
surprise [2]  14/10 14/10
sympathetic [1]  6/18

**T**

take [4]  13/17 13/24 14/19 19/24
taken [2]  6/15 14/9
takes [1]  18/13
talking [1]  18/7
telephonic [2]  22/11 22/15
tell [3]  14/14 14/16 20/13
tentative [3]  13/19 14/14 16/2 19/12
terms [1]  12/16
testified [1]  16/9
testimony [8]  14/15 14/18 14/24 16/4 16/17 16/21 16/22 17/3
than [2]  6/16 8/18
thank [6]  13/16 17/8 21/16 22/17 22/25 23/1
that [101]
that's [17]  3/16 7/11 8/1 8/16 10/10 10/17 11/21 11/23 11/25 12/24 13/6 16/7 16/12 17/7 17/23 19/19 21/15
their [7]  4/18 6/9 6/13 6/18 6/23 9/3 17/3
them [18]  4/10 5/8 5/13 6/10 8/7 8/9 8/10 9/20 9/24 10/3 15/11 17/1 18/19 19/4 19/7 19/25 20/19 22/4
then [9]  5/15 6/8 6/12 8/11 12/2 14/19 16/14 17/5 17/22
there [22]  6/20 6/22 7/9 7/9 8/8 8/14 10/22 10/25 14/7 14/7 14/8 15/7 16/14 16/15 16/21 16/25 17/21 17/25 20/5 20/5 20/10 21/24
there's [8]  4/19 6/3 8/17 8/19 14/10 14/17 16/7 20/4
Thereupon [1]  23/2
these [4]  4/2 7/20 8/21 18/25
they [31]
they're [8]  6/10 6/11 6/21 7/10 9/10 12/8 18/20 21/21
they've [1]  15/6
thing [2]  12/9 18/24
things [5]  7/1 8/9 8/18 10/5 12/2
think [19]  3/16 3/17 4/13 4/16 4/16 8/14 8/16 8/17 8/18 8/19 15/19 16/16 17/9 17/18 19/15 21/13 22/20 22/20 22/24
think I [1]  22/20
third [3]  5/1 11/4 18/12
this [39]
those [3]  5/3 7/6 10/19 10/19 11/11 12/2 18/7
thought [3]  9/4 21/5 21/15
three [3]  9/5 18/21 20/18
through [6]  10/8 10/9 11/25 17/14 17/23 20/7
time [10]  5/11 5/16 6/7 8/24 9/23 10/11 10/24 19/4 19/7 21/2
timely [2]  4/12 12/18
Title [1]  23/9
today [4]  3/19 18/19 20/13 22/25
together [3]  12/11 15/6 20/11
too [1]  21/15
topic [2]  17/4 17/11

transcript [3]  1/14 23/10 23/12
transcripts [1]  10/7
treating [1]  16/17
trial [23]  3/15 4/21 5/2 5/17 5/18 6/3 6/19 6/22 8/6 9/21 10/12 10/14 11/2 11/3 12/3 12/20 14/10 14/19 14/21 16/10 16/15 20/18 21/11
tried [4]  4/19 8/23 10/19 10/20
true [3]  5/14 9/10 23/9
try [3]  4/14 11/24 13/5
trying [3]  10/5 13/4 15/11
Tunis [1]  22/18
turns [1]  17/11
two [6]  5/7 8/2 11/4 15/10 17/25 18/1

**U**

U.S [2]  1/22 23/18
unavailable [2]  5/21 6/8
under [1]  9/21
understand [1]  15/22
UNITED [3]  1/1 23/9 23/13
unprepared [1]  17/2
unrelated [3]  21/4 21/4 21/6
until [3]  10/21 11/2 12/23
untimely [3]  3/22 4/23 9/3
unusual [1]  14/17
up [10]  6/9 11/21 13/3 13/17 14/5 15/10 15/11 17/5 18/25 22/11
update [1]  13/1
us [5]  7/5 11/20 18/14 21/22 22/8
use [6]  9/20 12/16 21/11 21/24 22/3 22/5

**V**

vacate [1]  10/12
versus [1]  3/5
very [7]  4/3 4/16 12/20 18/20 21/19 22/9 22/17

**W**

wait [1]  5/13
waited [1]  5/14
walk [1]  17/10
want [10]  4/24 6/17 11/10 13/25 14/3 15/2 16/4 18/15 19/9 21/20
wanted [1]  6/19
wants [3]  14/23 17/12 22/10
warrant [1]  14/18
was [32]
watching [1]  17/15
water [1]  6/13
we [51]
We'd [1]  10/20
we'll [5]  9/7 12/4 22/7 22/10 22/15
we're [12]  6/13 6/17 6/24 10/7 11/23 13/4 16/10 18/7 19/21 21/11 21/24 22/9
we've [4]  7/5 12/20 13/4 21/7
week [3]  13/2 22/14 22/25
weeks [3]  9/5 18/21 20/18
well [25]
went [2]  6/11 7/20
were [14]  9/22 10/3 11/11 13/12 16/18 17/16 18/21 18/23 20/1 20/2 20/25 20/25 21/10 21/12
weren't [1]  21/16
West [1]  1/23

**W**
WESTERN [1]  1/3
**what [19]**  3/21 4/1 4/4 4/13 7/13 8/8
11/21 11/23 13/6 13/6 16/8 16/11
16/11 17/18 17/23 18/9 20/19 21/15
22/14
**what's [3]**  8/1 20/10 20/11
**whatever [5]**  6/11 6/23 8/22 12/5
22/10
**when [11]**  4/4 5/11 8/5 8/20 9/2 13/5
13/9 15/10 15/11 17/10 20/17
**where [2]**  8/25 9/11
**Where's [1]**  8/12
**whereas [1]**  6/22
**whether [2]**  14/14 18/1
**which [8]**  6/9 7/5 11/5 11/7 11/21
18/13 21/21 22/8
**while [1]**  20/2
**who [1]**  15/6
**why [3]**  7/15 15/14 22/11
**will [8]**  9/8 10/22 12/4 16/2 16/15
17/22 19/3 19/7
**Wilshire [1]**  2/8
**withholding [1]**  17/3
**within [2]**  18/4 18/10
**without [3]**  11/8 11/20 18/10
**witness [13]**  9/11 9/15 9/18 14/10 16/8
16/13 16/18 17/2 17/4 17/4 17/7 17/10
17/12
**won't [2]**  12/23 19/6
**wondering [1]**  21/9
**word [1]**  10/8
**work [2]**  5/15 12/10
**working [1]**  18/25
**would [12]**  8/25 9/20 11/24 13/1 14/2
14/15 14/18 14/19 17/1 17/6 17/21
19/23
**writing [1]**  8/20
**written [1]**  15/18
**www.lisamariecsr.com [1]**  1/24

**Y**
**Yeah [3]**  15/25 18/16 21/8
**year [1]**  6/19
**Yes [12]**  5/9 7/18 13/21 13/22 14/6
15/1 15/4 16/6 18/3 18/11 19/8 19/11
**yet [1]**  8/24
**you [74]**
**you're [12]**  3/19 5/12 9/14 11/24 11/25
12/1 12/11 12/13 15/23 16/17 22/3
22/5
**you've [3]**  7/7 12/2 12/10
**your [64]**
**Your Honor [29]**
**yourselves [1]**  12/15