FILED

AUG 23 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID HAKIM; et al.,<br><br>    Plaintiffs-Appellants,<br><br> v.<br><br>MURANO, INC., AKA Urban Mall, a California corporation; et al.,<br><br>    Defendants-Appellees. | No.   18-55674<br><br>D.C. No.<br>2:15-cv-05633-JVS-PLA<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellants' unopposed motion for an extension of time to file a Reply brief, Docket No. 90, is GRANTED. No further extensions of time will be granted in the absence of an emergency.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7