Jeffery Spellerberg, Bar No. 176726
Law Offices of Jeffery Kent Spellerberg
c/o 1734 Hope Street
South Pasadena California 91030
and
5107 Shady Dell Trail
Knoxville, Tennessee, 37914

Telephone: (310) 943-8990
Attorney for Defendants and Counterclaimants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAKIM, an individual; SAN JULIAN DISCOUNT MART, INC., a California Corporation, f/b/n MURANO HOME FURNISHING; and MYBECCA, INC., a California Corporation,<br><br>    Plaintiffs/Counterdefendants,<br><br>    vs.<br><br>MURANO, INC., a California Corporation, a/k/a URBAN MALL; MURANO SHADES, INC., a California Corporation; MURANO WORLD IMPORTS, a business of unknown formation; BAHRAM DADBIN, a/k/a DANNY DADBIN, a/k/a DANNY MURANO, an individual; JASON DADBIN, an individual; JOSHUA DADBIN, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants/Counterclaimants. | Case No.: 2:15-cv-05633-JVS-PLA<br><br>UNOPPOSED NOTICE OF MOTION FOR DISMISSAL AND MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. 41(a)(2) OF 2ND AMENDED COUNTERCLAIMS OF DADBIN BAHRAM WITH PREJUDICE AND PROPOSED ORDER TO DISMISS and DECLARATION OF ATTORNEY JEFFERY K. SPELLERBERG<br><br>Date:     Nov 24, 2021<br>Time:     1:30<br>Courtroom: Hon. James V. Selna<br>Trial Date: None |

NOTICE IS HEREBY GIVEN TO ALL PARTIES that Appellee/ Defendant/Counterclaimant Bahram Dadbin hereby MOVES THIS COURT to allow the unopposed voluntary dismissal of the Second Amended Counterclaim of

Counterclaimant Bahram Dadbin against the Counterdefendants David Hakim, San Julian Discount Mart Inc., f/b/n Murano Home Furnishing and Mybecca Inc (Doc_81).  This Motion if brought pursuant to Fed.R.Civ.Pro 41(a)(2) which states that:

 Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

WHEREAS BEFORE the 9th Circuit Court of Appeals, the Appellee/Defendant/ Counterclaimant Bahram Dadbin, acting through counsel, stipulated to dismiss his counterclaims with prejudice before the 9th Circuit Court of Appeals, over no objection by Appellants, and further, thereupon the Appellate Court in Memorandum Dkt. 103.1 (Doc 254), affirmed the dismissal of the Plaintiffs Counterclaim with prejudice, and thereupon ordered the Appellee/Defendants/ Counterclaimants to file a dismissal with Prejudice in the District Court.

Counsel for Counterclaimant has discussed this Motion and the accompanying Proposed Order with opposing counsel for the Counterdefendants, who stated he will not oppose either the Motion or the Proposed Order.  (See Decl. Par 2).

Therefore, the Defendant/Counterclaimant Bahram Dadbin, pursuant to Federal Rule of Civil Procedure 41(a)(2), moves the court to order the voluntarily dismissal with prejudice the Second Amended  Counterclaim of Counterclaimant Bahram Dadbin against the Counterdefendants David Hakim, San Julian Discount Mart Inc., f/b/n Murano Home Furnishing and Mybecca Inc (Doc_81).

Executed on October 22, 2021, at Knoxville, Tennessee.

LAW OFFICES OF JEFF SPELLERBERG

By: /*s/Jeffery K. Spellerberg*
JEFFERY K. SPELLERBERG
Attorney for Defendants/Cross-claimants

VOLUNTARY DISMISSAL of COUNTERCLAIM PURSUANT TO FED. R. 41(a)(2)

**PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT CALIFORNIA**

**I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is** Law Offices of Jeffery Spellerberg c/o 1734 Hope Street, South Pasadena California 91030

On October 22, 2021**,** I served the following document(s) described as UNOPPOSED NOTICE OF MOTION FOR DISMISSAL AND MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. 41(a)(2) OF 2ND AMENDED COUNTERCLAIMS OF DADBIN BAHRAM WITH PREJUDICE AND PROPOSED ORDER TO DISMISS, PROPOSED ORDER and DECLARATION OF ATTORNEY JEFFERY K. SPELLERBERG

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| Dariush Adli<br>Adli Law Group, PC<br>444 South Flower St., Suite 3100<br>Los Angeles, California 90071<br>Drew.sherman@adlilaw.com<br>*Counsel for Plaintiffs* | |

☒  **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the documents to be sent to the persons at the electronic notification addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 22, 2021**,** at Knoxville, Tennessee, California.

/s/*Jeffery K. Spellerberg*
**Jeffery K. Spellerberg**

VOLUNTARY DISMISSAL of COUNTERCLAIM PURSUANT TO FED. R. 41(a)(2)