# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAKIM, an individual; SAN JULIAN DISCOUNT MART, INC., a California Corporation, f/b/n MURANO HOME FURNISHING; and MYBECCA, INC., a California Corporation,<br><br>    Plaintiffs/Counterdefendants,<br><br>vs.<br><br>MURANO, INC., a California Corporation, a/k/a URBAN MALL; MURANO SHADES, INC., a California Corporation; MURANO WORLD IMPORTS, a business of unknown formation; BAHRAM DADBIN, a/k/a DANNY DADBIN, a/k/a DANNY MURANO, an individual; JASON DADBIN, an individual; JOSHUA DADBIN, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants/Counterclaimants. | Case No.: 2:15-cv-05633-JVS-PLA<br><br>UNOPPOSED PROPOSED ORDER TO DISMISS<br><br>Date:        Nov 24, 2021<br>Time:       1:30<br>Courtroom: Hon. James V. Selna<br>Trial Date: None |

### (UNOPPOSED PROPOSED ORDER)

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT the 2nd Amended Counterclaim be dismissed with prejudice, each party to bear their own fees and costs, including attorneys' fees. The Clerk of Court is directed to close this case.

_____
Hon. James V. Selna

Date: _____

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT CALIFORNIA

**I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is** Law Offices of Jeffery Spellerberg c/o 1734 Hope Street, South Pasadena California 91030

On October 22, 2021, I served the following document(s) described as UNOPPOSED PROPOSED ORDER TO DISMISS

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| |
|---|
| Dariush Adli |
| Adli Law Group, PC |
| 444 South Flower St., Suite 3100 |
| Los Angeles, California 90071 |
| Drew.sherman@adlilaw.com |
| *Counsel for Plaintiffs* |

☒     **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the documents to be sent to the persons at the electronic notification addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 22, 2021, at Knoxville, Tennessee, California.

/s/*Jeffery K. Spellerberg*
**Jeffery K. Spellerberg**