AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___of California, Central District___ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV15-5633-JVS (PLA) | DATE FILED<br>7/24/2015 | U.S. DISTRICT COURT<br>of California, Central District |
|---|---|---|
| PLAINTIFF<br>DAVID HAKIM, an individual; SAN JULIAN DISCOUNT MART, INC., et. al. | | DEFENDANT<br>MURANO, INC., a California Corporation, a/k/a URBAN MALL; et. al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 86/536,155 | 2/16/2015 | MURANO HOME FURNISHING |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Minutes (In Chambers) Order Vacating All Dates and Removing Action from Active Caseload. Made JS-6. Case terminated. |

| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>Evelyn Synagogue | DATE<br>11/17/2021 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-05633 JVS (PLAx) | Date | January 18, 2017 |
| Title | David Hakim, et al. v. Murano, Inc., et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

Order Vacating All Dates and Removing Action from Active Caseload

      On December 19, 2016, the Court conducted and vacated the initial pretrial trial conference and the trial because the case was not prepared to proceed. The Court directed that a joint proposed pretrial conference order be filed by January 17, 2017. (Docket No. 139.) The Court also directed that "a declaration from counsel regarding compliance with their obligation for pretrial preparations under the Local Rules" be filed by the same date. (Id.)

      The parties have failed to file a proposed pretrial conference order. Counsel have not filed the required declarations.

      All dates are vacated. The case is ordered off the civil active list.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |